UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **GUIYAN FENG**,<br><br>    Petitioner,<br> v.<br><br>FERETI SEMAIA (Warden of ICE Processing Center) *et al.*,<br><br>    Respondents. | **ORDER**<br><br>ED CV 26-00488-VBF-DSR<br><br>Scheduling Mandatory Response and Optional Reply on TRO Application |

  On February 3, 2026, proceeding through counsel, petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and an application for a temporary restraining order. *See* CM/ECF Documents 1 and 3.

  **No later than 11:59 p.m. on Thursday, February 5, 2026, defendants SHALL FILE a brief responding to the TRO application. No later than 11:59 p.m. on Friday, February 6, 2026, petitioner MAY FILE a reply brief supporting the TRO application.**

  IT IS SO ORDERED.

Dated: February 4, 2026

                *Valerie Baker Fairbank*
                _____
                Honorable Valerie Baker Fairbank
                Senior United States District Judge