UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUIYAN FENG,<br><br>    Petitioner,<br><br>    v.<br><br>FERETI SEMAIA (Warden) et al.,<br><br>    Respondents. | **Case No. ED CV 26-00488-VBF-**<br><br>**TEMPORARY RESTRAINING ORDER** |

    Petitioner's Application for Temporary Restraining Order is GRANTED.

    The bond requirement of Federal Rule of Civil Procedure 65(c) is waived;

    Petitioner shall be released immediately from Respondents' custody;

    Respondents are enjoined and restrained from re-detaining Petitioner without providing her a pre-deprivation hearing before a neutral decisionmaker where the government establishes by clear and convincing evidence that detention is appropriate to prevent her flight or protect the public.

    Should Respondents choose to conduct such a hearing, Respondents shall provide Petitioner

[PROPOSED] TEMPORARY RESTRAINING ORDER

1

with reasonable advance notice of the time and place of the hearing and an order issued;

Respondents are enjoined from transferring Petitioner outside the jurisdiction of this Court or removing her from the United States pending further order of the Court;

**No later than 11:59 p.m. on Wednesday, February 11, 2026, respondents SHALL SHOW CAUSE, in writing, why this Court should not convert this temporary restraining order into a preliminary injunction** requiring Respondents to continue to abide by these terms.

**No later than 12:00 noon on Friday, February 13, 2026, petitioner MAY FILE a reply.**

The Court deems this matter suitable for resolution without oral argument.

IT IS SO ORDERED.

Dated: February 6, 2026

By: _____
The Hon. Valerie Baker Fairbank
Senior United States District Judge

[PROPOSED] TEMPORARY RESTRAINING ORDER

2