**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUIYAN FENG, an individual; | Case No. 5:26-cv-00488-VBF-DSR |
| Petitioner, | **ORDER GRANTING PRELIMINARY INJUNCTION** |
| v. | |
| FERETI SEMAIA, et al., | |
| Respondents. | |

Pending the final disposition of this case, it is ordered that:

1. Respondents are enjoined and restrained from re-detaining Petitioner without providing her a pre-deprivation hearing before a neutral decisionmaker at which the government establishes by clear and convincing evidence that detention is appropriate to prevent her flight or to protect the public;

2. Should Respondents choose to conduct such a hearing, Respondents shall provide Petitioner with reasonable advance notice of the time and place of the hearing and an order issued;

3. Respondents are enjoined from transferring Petitioner outside the jurisdiction of this Court or removing her from the United States pending further order of the Court.

4. This Order shall remain in effect until further order of the Court.

**IT IS SO ORDERED.**

Dated:   February 20, 2026

*Valerie Baker Fairbank*

The Hon. Valerie Baker Fairbank
Senior United States District Judge