**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUIYAN FENG, an individual; | **Case No. 5:26-cv-00488-VBF-DSR** |
| Petitioner, | **Order Denying 2nd Application for TRO** |
| v. | **(Doc #13)** |
| FERETI SEMAIA, et al., | |
| Respondents. | |

The Court has considered the habeas corpus petition, the terms of this Court's February 6, 2026 TRO and February 20, 2026 Preliminary Injunction, the second application for a temporary restraining order ("TRO") (CM/ECF Document ("Doc") 13, the respondents' opposition brief (Doc 16), and the petitioner's reply brief (Doc 17), and all records herein.

The Court determines that petitioner has not demonstrated that the respondents have violated this Court's February 6, 2026 TRO (Doc 9) or the ensuing February 20, 2026 preliminary injunction ("PI") (Doc 12) by affixing and requiring petitioner to wear a GPS ankle monitor. Neither the TRO nor the PI purported to restrict the respondents' authority or discretion to require use of a GPS ankle monitor. For the reason stated by the respondents in their brief opposing

[PROPOSED] TEMPORARY RESTRAINING ORDER

1

issuance of a TRO (CM/ECF Document 16 at page 2):

**Petitioner's Second Application for Temporary Restraining Order [#13] is DENIED.**

IT IS SO ORDERED.

Dated:  April 15, 2026

_____

The Hon. Valerie Baker Fairbank
Senior United States District Judge